# 1UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| DWIGHT BELTON,<br><br>Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM et al.,<br><br>Defendants. | Case No. ED CV 19-01179-PA (DFM)<br><br>Order Accepting Amended Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Amended Report and Recommendation of the United States Magistrate Judge. Plaintiff stated he had no objections to the Report and Recommendation. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that (1) defendants J.L. Bishop and James Ward are dismissed with prejudice and (2) the Second Amended Complaint be served on Mona Houston in her official capacity, as well as Correctional Officers Robinson and Bly in their individual capacity.

Date: March 23, 2020

PERCY ANDERSON
United States District Judge