# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| DWIGHT BELTON, | Case No. ED CV 19-01179-PA (DFM) |
| Plaintiff, | |
| | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| MONA HOUSTON et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Defendants' Motion for Summary Judgment is GRANTED, Plaintiff's Motion for Summary Judgment is DENIED AS MOOT, and that Judgment be entered dismissing this case

. . . .

. . . .

. . . .

. . . .

without prejudice to Plaintiff filing a new action after exhausting California's prison administrative process.

Date:  February 26, 2021

PERCY ANDERSON
United States District Judge