JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| DWIGHT BELTON,<br><br>Plaintiff,<br><br>v.<br><br>MONA HOUSTON et al.,<br><br>Defendants. | Case No. ED CV 19-01179-PA (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice to Plaintiff filing a new action after exhausting California's prison administrative process.

Date: February 26, 2021

_____
PERCY ANDERSON
United States District Judge